## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

CHARLENE CHELI,                              :
                                             :
             Plaintiff,                      :
                                             :
      v.                                     :    Case No. 1:24-cv-09089-ESK-MJS
                                             :
TIMBER CREEK PLAZA LLC,                      :
                                             :
             Defendant.                      :
                                             :
_____            :

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the Plaintiff and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted this __23rd__ day of ___April___ 2025,

/s/ Jon G. Shadinger Jr.
_____             _____
Jon G. Shadinger Jr., Esq.                Joshua B. Ladov, Esq.
Shadinger Law, LLC                        Ladov Law Firm, P.C.
2220 N. East Avenue                    1101 Market Street, Suite 2820
Vineland, NJ 08360                       Philadelphia, PA 19107
(609) 319-5399                            (267) 687-8855
js@shadingerlaw.com                    jladov@ladovlaw.com
*Attorney for Plaintiff*                  *Attorney for Defendant*

16